# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00538-CV

**Deborah D. Brackett, Appellant**

**v.**

**Ronald E. Brackett, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 197,528-A, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Deborah D. Brackett filed her notice of appeal on August 18, 2005, and the appellate record was filed on the same day. On September 28, 2005, the Clerk of this Court sent Johnson notice that her brief was overdue and that her appeal would be dismissed for want of prosecution if she did not respond to this Court by October 10, 2005. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   November 9, 2005